UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONYA MARIE DOTSON,<br>    Plaintiff(s),<br>v.<br>WALMART, INC.,<br>    Defendant(s). | Case No. 2:21-cv-01485-GMN-NJK<br>**Order**<br>[Docket No. 14] |

Pending before the Court is a notice of a Rule 26(f) conference. Docket No. 14. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

 IT IS SO ORDERED.

 Dated: November 23, 2021

                                                                                         
_____
Nancy J. Koppe
United States Magistrate Judge

1