# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TONYA MARIE DOTSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>WALMART, INC.,<br><br>    Defendant(s). | Case No. 2:21-cv-01485-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than December 17, 2021, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: December 10, 2021

                                                                                       _____<br>
                                                                                      Nancy J. Koppe<br>
                                                                                      United States Magistrate Judge