1 **RESNICK & LOUIS, P.C.**
MARK R. SMITH, ESQ.
2 Nevada Bar No. 11872
ELEANOR D. MURPHY, ESQ.
3 Nevada Bar No. 15071
8925 West Russell Road, Suite 220
4 Las Vegas, NV 89148
emurphy@rlattorneys.com
5 mrsmith@rlattorneys.com
Telephone: (702) 997-3800
6 Facsimile: (702) 997-3800
7 *Attorneys for Defendant,*
*Walmart, Inc.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONYA MARIE DOTSON, individually; | CASE NO.: 2:21-cv-01485-CDS-NJK |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| WALMART, INC., a Foreign Corporation, doing business as WALMART SUPERCENTER 2593; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20 inclusive, | |
| Defendants. | |

COMES NOW, Defendant, WALMART, INC., ("Defendant" or "WALMART"), and hereby substitute  KURT R. BONDS, ESQ.  , of the law firm of  ALVERSON TAYLOR & SANDERS  , as its counsel of record in place and stead of MARK R. SMITH, ESQ., and ELEANOR D. MURPHY, ESQ., of RESNICK & LOUIS, P.C. Defendant assert the attorneys from RESNICK & LOUIS, P.C., shall be removed from the electronic service list in this matter.

1

| | | |
|---|---|---|
| 1 | WHEREAS, Defendant asserts __KURT R. BONDS, ESQ.__, of | |
| 2 | __ALVERSON TAYLOR & SANDERS__, be substituted as counsel for Defendant and added to the electronic | |
| 3 | service list in this case; | |
| 4 | WHEREAS, the attorneys from RESNICK & LOUIS, P.C., MARK R. SMITH, ESQ., and | |
| 5 | ELEANOR D. MURPHY, ESQ., agree to the withdrawal and substitution; and | |
| 6 | WHEREAS, __KURT R. BONDS, ESQ.__, the attorney from | |
| 7 | __ALVERSON TAYLOR & SANDERS__ be substituted as counsel for Defendant. | |

DATED this ____ day of June, 2023.

RESNICK & LOUIS, P.C.

_/s/ Mark R. Smith_
MARK R. SMITH, ESQ.
Nevada Bar No. 11872
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 W. Russell Road, Ste. 220
Las Vegas, NV 89148
*Former Attorneys for Defendant,*
*Walmart, Inc.*

DATED this 13 day of June, 2023.

WALMART, INC.

_/s/ Matthew Burgess_
MATTHEW BURGESS, ESQ.
Senior Counsel
702 Southwest 8th Street
Bentonville, AR 72716

DATED this 13 day of June, 2023.

ALVERSON TAYLOR & SANDERS

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
(Address) 6605 Grand Montecito Pkwy, Ste 200
*Attorneys for Defendant,*
*Walmart, Inc.*
Las Vegas, NV 89149
Tel: (702) 384-7000

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 14, 2023

2