HALL & EVANS, LLC
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONYA MARIE DOTSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Foreign Corporation, doing business as WALMART SUPERCENTER 2593; DOES 1 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20 inclusive,<br><br>Defendant. | CASE NO: 2:21-cv-01485-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COMES NOW Plaintiff, TONYA MARIE DOTSON ("Plaintiff") by and through her counsel of record, BERTOLDO CARTER SMITH & CULLEN, and Defendant, WALMART, INC. ("Defendant") by and through its counsel of record, the law firm of HALL & EVANS, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice. There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

. . .

IT IS SO STIPULATED.

| DATED this 1 day of December, 2023 | DATED this 4th day of December, 2023 |
|---|---|
| BERTOLDO CARTER SMITH & CULLEN | HALL & EVANS, LLC |
| *(signature)* | *(signature)* |
| Brett A. Carter, Esq.<br>Nevada Bar No. 5904<br>Lindsay K. Cullen, Esq.<br>Nevada Bar No. 12364<br>7408 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Carter@nvlegaljustice.com<br>Lindsay@nvlegaljustice.com<br>*Attorney for Plaintiff* | Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Madison M. Aguirre, Esq.<br>Nevada Bar No. 16183<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>(702) 998-1022<br>nvefile@hallevans.com<br>*Attorneys for Defendant* |

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs. The Clerk of Court may close this case.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED this 6th day of December, 2023.

KRB/20147-24